No. 219. RED SEAL OIL COMPANY *v.* ALBERT BITTNER ET AL. Appeal from the District Court of the United States for the Northern District of Illinois. Submitted December 8, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Hohorst* v. *Hamburg-American Packet Co.,* 148 U. S. 262, 264; *Collins* v. *Miller,* 252 U. S. 364, 370; *Arnold* v. *Guimarin & Co.,* 263 U. S. 427, 434. *Mr. Edward H. S. Martin* for appellant. *Mr. O. W. Dynes, Mr. M. L. Bluhm,* and *Mr. C. S. Jefferson* for appellees.

---

No. 590. J. C. CROWSON *v.* MICHAEL CODY, ET AL. Error to the Supreme Court of the State of Alabama. Submitted December 8, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. W. A. Gunter* for plaintiff in error. *Mr. Fred S. Ball* for defendants in error.